UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00415-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SAMUEL JESSE GOOLSBY,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, November 16, 2009,** and responses to these motions shall be filed by **Wednesday, November 25, 2009** It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, December 7, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: October 1, 2009

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief U. S. District Judge