UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00415-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SAMUEL JESSE GOOLSBY,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court on Defendant Samuel Jesse Goolsby's Motion to Determine Competency and Insanity of the Defendant filed on November 12, 2009 [d/e 15].  A hearing was held on January 25, 2010 with the Government appearing by David Conner, and the Defendant appearing in person and by counsel, Matthew Golla. Pursuant to FED. R. CRIM. P. 12.2(a), defense counsel has provided notice to the Government that he plans to rely on an insanity defense at trial (d/e 16), and the Defendant has filed a motion for psychiatric or psychological evaluation of the Defendant to determine the Defendant's sanity at the time of the offense, pursuant to 18 U.S.C. § 4242 (d/e 15). Upon consideration of the Defendant's motions, the Government's response thereto, defense and Government counsel's statements and there being no objection by the Government, the Court finds that the motion should be granted.  Accordingly, it is

    ORDERED that Defendant Samuel Jesse Goolsby's Motion to Determine

Competency and Insanity of the Defendant filed on November 12, 2009 [d/e 15] is **GRANTED.** Pursuant to 18 U.S.C. § 4241(a), there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is

FURTHER ORDERED that the Defendant be committed to a Bureau of Prisons medical facility for a psychiatric or psychological examination to determine the issues of competency and insanity for a reasonable period of time not to exceed 45 days, pursuant to 18 U.S.C. § 4247(b) and (c), or such other order or time frame in according with the law. It is

FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that the delay resulting from the determination of the Defendant's competency to proceed is excluded from the calculation of the time within which trial must commence until such time as the Defendant is declared competent to proceed. It is

FURTHER ORDERED that the United States Marshals Service shall make the necessary arrangements to provide a U.S. Bureau of Prisons' psychiatrist or psychologist access to the Defendant in order to conduct an examination and prepare a written report of findings as provided for in 18 U.S.C. § 4247(b) and (c). Finally, it is

FURTHER ORDERED that after the psychiatric or psychological report has been

filed with the Court, the parties will meet and confer and contact the Court to schedule a status hearing.

Dated: February 2, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge