UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00415-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAMUEL JESSE GOOLSBY,

    Defendant.

---

## MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The parties shall meet and confer and file a status report with the Court on or before **Friday, September 3, 2010.**

    Dated: August 25, 2010