UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00415-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SAMUEL JESSE GOOLSBY,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on **Thursday, December 9, 2010.**  A Change of Plea hearing is set for **Wednesday, January 26, 2011 at 4:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS** before the hearing date.  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  December 10, 2010