IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   09-cr-00415-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      SAMUEL JESSE GOOLSBY,

      Defendant.

---

**ORDER**

---

THIS MATTER is before the Court pursuant to a letter from L.R. Thomas, Warden of the BOP Metropolitan Detention Center (MDC) in Los Angeles, California, dated March 16, 2012, regarding the Defendant, Samuel Jesse Goolsby.   The letter was written in response to my Order of February 1, 2012 [ECF No. 94], where I ordered that Mr. Goolsby be committed to the custody of the Attorney General for placement in a suitable facility for a period not to exceed 30 days for a psychiatric or psychological examination and evaluation with respect to his present mental condition, pursuant to 18 U.S.C. § 4244 and 4247 (b).

In the letter Mr. Thomas informs the Court that Mr. Goolsby was designated on February 27, 2012 and arrived at the MDC on March 1, 2012.   On behalf of the Psychology Staff at MDC, Mr. Thomas requests a 15-day extension of time so that the clinical psychologist may complete the psychiatric examination of Mr. Goolsby.   Mr. Thomas represents to the Court that the evaluation will be completed by April 15, 2012,

and that the report will be submitted to the Court within three weeks of completion of the evaluation.

Under 18 U.S.C. § 4247 (b), the defendant may be committed for a period of up to 30 days to complete an examination ordered under 18 U.S.C. § 4244.   However, the statute permits the "director of the facility [to] apply for a reasonable extension, but not to exceed fifteen days under Section…4244…upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant."   §4247(b).   Upon review of the file and the letter and for good cause shown, I find that that the fifteen-day extension should be granted in this case.   Accordingly, it is

ORDERED that the Metropolitan Detention Center in Los Angeles California shall have to and including April 15, 2012 to complete the examination of Mr. Goolsby, pursuant to 18 U.S.C. § 4244 and § 4247(b).   Consistent with my prior Order of February 1, 2012 [ECF No. 94] it is

FURTHER ORDERED that the report of this psychiatric or psychological examination and evaluation shall be submitted promptly to the Court on or before May 7, 2012 for its consideration and shall be separately mailed to counsel for the government and to counsel for the defendant.   It is

FURTHER ORDERED that a hearing shall be set following the Court's receipt of the examiners' report and upon the request of the parties by motion.

Dated:   March 30, 2012

           BY THE COURT:


           <u>s/ Wiley Y. Daniel</u>
           Wiley Y. Daniel
           Chief United States District Judge